■ In the Matter of GEORGE ARCE, Appellant, v CHARLES J. SCULLY, as Superintendent of Green Haven Correctional Facility, Respondent.—In a proceeding pursuant to CPLR article 78 to review a determination of the Superintendent of the Green Haven Correctional Facility, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Rosenblatt, J.), dated July 5, 1985, which dismissed the proceeding.

Judgment affirmed, without costs or disbursements.

Special Term's dismissal of the proceeding was proper under the circumstances herein. Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.